PRUDENTIAL INSURANCE COMPANY, APPELLEE, V. WIRT SEDGLEY ET AL., APPELLEES: ANTHONY J. STEPHENS, APPELLANT.

FILED OCTOBER 25, 1929. NO. 26803.

*Charles W. Haller,* for appellant.

*T. B. Dysart, Stanley W. Cheff* and *Brogan, Ellick & Raymond, contra.*

Heard before GOSS, C. J., DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.
This is an appeal by Anthony J. Stephens from a decree

of foreclosure of a real estate mortgage by which appellee, Prudential Insurance Company of America, was given a first lien upon the property. The interest of Anthony J. Stephens and Bessie Stephens arises out of a contract of purchase.

We have carefully considered the record and find it to be without prejudicial error. The judgment of the district court is therefore

AFFIRMED.